# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Maurice D. Taylor, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No.   **05 1887** |
| | ) | |
| U.S. Parole Commission, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER DIRECTING RESPONDENT TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is this _18th_ day of ~~September~~ *October* 2005,

ORDERED that respondent, by counsel, shall, within _30_ days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service of same on the United States Parole Commission, the United States Attorney for the District of Columbia, the Attorney General for the District of Columbia, and the Court Services and Offender Supervision Agency for the District of Columbia.

_____
United States District Judge