UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAURICE D. TAYLOR, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 05-1887 (RWR) |
| U.S. PAROLE COMMISSION, *et al.*, | ) |
| Respondents. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE OFFICE OF THE ATTORNEY GENERAL'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

The Office of the Attorney General for the District of Columbia (OAG) hereby responds to the Court's Order to Show Cause, and states as follows.

**I. PRELIMINARY STATEMENT**

On August 29, 2005, petitioner filed a writ of habeas corpus against the United States Parole Commission, the Court Services and Offender Supervision for the District of Columbia ("CSOSA"), the U.S. Marshall Services and the Bureau of Prisons protesting the authority of the U.S. Parole Commission as being unconstitutional, requesting the abolishment of his "phase out and phase in," and alleging that there is an error in his Judgment and Commitment Order. The District of Columbia nor any of its agencies were named as party respondents. *See* Petition, generally. Nonetheless, this Court issued its Order to Show Cause to the Attorney General to respond to the allegations set forth in petitioner's petition. Accordingly, OAG states as follows:

1

## II. ARGUMENT

Under the National Capital Revitalization and Self-Government Improvement Act of 1997, Pub. L. 105-33, 111 Stat. 251, 734, the United States Congress transferred responsibility for the imprisonment of D.C. felons from the District of Columbia to the United States, and also transferred the parole authority for such felons from the D.C. Board of Parole to the U.S. Parole Commission. *See Crawford v. Jackson*, 323 F.3d 123, 125-126 (D.C. Cir. 2003). Neither the District of Columbia nor any of its agencies, including the Department of Corrections, have custody or control over petitioner's person or authority to recalculate his sentence. As such, OAG is not the proper party to respond to the merits of petitioner's habeas corpus petition or to release the petitioner even if he prevails in this habeas corpus action. Accordingly, the Court's Order to Show Cause against the OAG should be dismissed.

## CONCLUSION

Neither the OAG nor any District agency has custody or control over petitioner's person or authority to re-calculate his sentence. Accordingly, this Court's Order to Show Cause should be dismissed with prejudice as to the OAG.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        _____/s/_____
        PATRICIA A. JONES [428132]
        Chief, General Litigation, Section IV

      /s/
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Office of the Attorney General's Memorandum of Points and Authorities in Support thereto, and proposed Order was mailed, first class, postage prepaid, this 30th day of November 2005, to:

Mr. Maurice D. Taylor
1175 Stevens Road, S.E.
Washington, D.C. 20020

Robert Okun
Chief, Special Proceedings Section
Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001

      /s/
LETICIA L. VALDES
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
MAURICE D. TAYLOR,                  )
                                    )
         Petitioner,                )
                                    )
    v.                              )   Civil Action No. 05-1887 (RWR)
                                    )
U.S. PAROLE COMMISSION, *et al.,*   )
                                    )
         Respondents.               )
_____ )

### **ORDER**

Upon consideration of petitioner's Writ of Habeas Corpus, this Court's Order to Show Cause, and the Office of the Attorney General for the District of Columbia's Response to the Court's Order to Show Cause, it is this _____ day of _____, 2005,

ORDERED:  that Petitioner's Writ of Habeas Corpus is denied, and it is,

FURTHER ORDERED:  that the Court's Order to Show Cause as to OAG is hereby dismissed with prejudice.


                                            _____
                                            U.S. DISTRICT COURT JUDGE


Leticia L. Valdes
Assistant Attorney General
P.O. Box 14600
Washington, D.C.  20044-4600

Mr. Maurice D. Taylor
1175 Stevens Road, S.E.
Washington, D.C. 20020

2

Robert Okun
Chief, Special Proceedings Section
Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C.  20001