# EXHIBIT A

```
H       PAR4J  540*23 *         SENTENCE MONITORING              *       11-25-2005
PAGE 001         *              COMPUTATION DATA                 *       13:43:14
                                AS OF 09-26-2003

REGNO..: 12280-007 NAME: TAYLOR, MAURICE D


FBI NO..........: 572385T4              DATE OF BIRTH:
ARS1............: CDC/PAROLE
UNIT............:                        QUARTERS.....:
DETAINERS.......: NO                     NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  09-26-2003 VIA PAROLE

-----------------------PRIOR JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F8099-89B
JUDGE............................: SCOTT
DATE SENTENCED/PROBATION IMPOSED.: 03-13-1990
DATE WARRANT ISSUED..............: N/A
DATE WARRANT EXECUTED............: N/A
DATE COMMITTED...................: 06-11-2002
HOW COMMITTED....................: DC SUPERIOR COURT COMT
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:

                 FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.:  $00.00         $00.00          $00.00        $20.00

RESTITUTION...: PROPERTY: NO   SERVICES: NO       AMOUNT:  $00.00

-----------------------PRIOR OBLIGATION NO: 010 -----------------------
OFFENSE CODE....: 644
OFF/CHG: DC 22-3202(A)(1)  ARMED ROBBERY

  SENTENCE PROCEDURE..............: DC GTCA ADULT SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    45 YEARS
  MINIMUM TERM....................:    15 YEARS
  DATE OF OFFENSE.................: 07-11-1989




G0002        MORE PAGES TO FOLLOW . . .
```

A

```
5H    PAR4J  540*23  *        SENTENCE MONITORING         *    11-25-2005
PAGE 002 OF 002 *             COMPUTATION DATA            *    13:43:14
                              AS OF 09-26-2003

REGNO..: 12280-007 NAME: TAYLOR, MAURICE D


------------------------------PRIOR COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 09-26-2003 AT CDC AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:    010 010

DATE COMPUTATION BEGAN..........: 03-13-1990
TOTAL TERM IN EFFECT............:    45 YEARS
TOTAL TERM IN EFFECT CONVERTED..:    45 YEARS
EARLIEST DATE OF OFFENSE........: 07-11-1989

JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                    07-12-1989     03-12-1990

TOTAL JAIL CREDIT TIME..........: 244
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 10
TOTAL SGT POSSIBLE..............: 5400
PAROLE ELIGIBILITY..............: 08-07-1999
STATUTORY RELEASE DATE..........: 09-28-2019
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 07-11-2034

PAROLE EFFECTIVE................: 09-26-2003
PAROLE EFF VERIFICATION DATE....: 09-26-2003
NEXT PAROLE HEARING DATE........: UNKNOWN
TYPE OF HEARING.................: UNKNOWN

ACTUAL SATISFACTION DATE........: 09-26-2003
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: CDC
ACTUAL SATISFACTION KEYED BY....: JAF

DAYS REMAINING..................: 11246
FINAL PUBLIC LAW DAYS...........: 0




S0039      ALL CURRENT COMPS ARE SATISFIED
```