# EXHIBIT H

U.S. Department of Justice  
United States Parole Commission  
5550 Friendship Boulevard  
Chevy Chase, Maryland 20815-7201

Notice of Action

| | |
|---|---|
| Name: TAYLOR, Maurice | Institution: Lee County USP |
| Register Number: 12280-007 | DCDC No.: 191-971 |

In the case of the above named the following parole action was ordered:

Reopen and retard parole effective date of July 28, 2003 by 60 days for violating the rules of the institution, and parole effective (September 26, 2003).

With the special condition(s) as indicated below:
You shall be subject to the Special Drug Aftercare Condition. You shall participate as instructed by your supervision officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency, which may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and/or all other intoxicants during and after the course of treatment.

The above decision is not appealable.

REASONS:

Your release date is being retarded, pursuant to 28 C.F.R. 2.86 because, on April 24, 2003 you were found guilty by a Disciplinary Hearing Officer of Engaging in Sexual Acts.

cc: CSS Data Management Group  
300 Indiana Avenue, NW  
Second Floor, Suite 2149  
Washington, D.C. 20001  
Att: Sharon Barnes-Durbin, SCSA

---

Date: May 6, 2003                                                                 Clerk: VAH

BOP-Lee County USP                    Page 1 of 1                        TAYLOR.122