# EXHIBIT J

## NOTICE OF RELEASE AND ARRIVAL

United States Department of Justice — Federal Bureau of Prisons

**Section I - To be completed by Institution Officials**

Name: TAYLOR, Maurice D.   Reg. No. 12280-007   FBI No. 572385T4

Type of Release: Parole   Was there a previous release on this sentence? No (Parole or M/R)

Mailing Address of proposed residence: 1009 15th Street, SE Washington, DC

The above-named person was released from: Hope Village CCC (Name of Institution)

at 6:10 AM o'clock, on 9/26/03   Transportation was arranged to Wash. DC (City and State)

via Bus (Name of bus, train, airline, or by auto)

Name of detaining authority, if any: None (Agency and Location)

If not released to detainer, estimate date of arrival at residence: 9/26/03

Gratuity: ____   Other money in personal account: ____   Total: ____

Amount given to releasee: ____   Amount mailed: ____
Address to which mailed: Same As Above

Balance of amount owed on all financial obligations: ____
Type of obligation outstanding (e.g., fine restitution, etc.): ____

Chief U. S. Probation Officer of district of residence: Sharon Barnes Durban, SCSA
District: District of Columbia   Address: 300 Indiana Ave., N.W., 2nd
Washington, D.C. 20001

**Section II - T be completed by releasee and taken or mailed to probation Officer within three days after arrival in district of residence.**

I Arrived at: ____ (City and State)
Date released from detainer (if any): ____   My home address will be ____

(Signature of Probation Officer to whom assigned)   (Date of Releasee's arrival)

### Instructions

INSTITUTION: In parole or mandatory release cases, prepare 5 copies. Give original to release; mail a copy to the United States Probation Officer; a copy to the United States Attorney's Office (sentencing district), Attn: Financial Litigation Unit; a copy to the Parole Commission; and retain a copy for your file. In expiration cases, prepare 3 copies: Mail original to United States Probation Officer for information only; a copy to the United States Attorney's Office (sentencing district), Attn: Financial Litigation Unit; and retain a copy for your file.

RELEASEE: Upon arrival, report immediately to the United States Probation Officer. If released to a detainer (Parole or M/R), keep this form until no longer in custody; then take or mail to the United States Probation Officer to whom you are assigned.

Parole Form I-13   Rev. May 1992