# EXHIBIT K



RECEIVED
JUN 23 2004

Court Services and Offender Supervision Agency
for the District of Columbia
*Community Supervision Services*
*General Supervision Branch "B"*

## REPORT OF DRUG USE

TO:     United States Parole Commission
FROM:   LaSonia Rivers                              Unit:  41
        Community Supervision Officer               Telephone: 442-1269

Name: <u>Maurice Taylor</u>

Federal Register: <u>12280-007</u>

DCDC#: <u>191-971</u>

The above named offender tested positive for: <u>Cocaine and Opiates</u>

On the following dates: <u>4/21/04, 5/11/04, 6/17/04 and tested **positive for Cocaine** only on 6/10/04 and 6/14/04</u>

Intervention/Sanction imposed by Officer: The offender was given a verbal reprimand and instructed to compete detox and Treatment assessment appointment
**Recommended Action by the Parole Commission:**

   This writer respectfully recommends the Commission issue a Letter of Reprimand warning the offender of the ramifications of continued drug use and failing to report for drug testing. This writer will keep the Commission updated on the offender's status.

Submitted by: _[signature]_                          Date: 6-21-04
              LaSonia Rivers
              Community Supervision Officer

Approved by: _[signature]_
             Maurice C. Jones                        Date: 6-21-04
             Supervisory Community Supervision Officer

*LOR for Drug Use*
*MJ 6/25/04*

*25 K Street NE 2nd Floor Washington, DC 20002*
*Voice: (202) 442-1259*