# EXHIBIT L



**U.S. DEPARTMENT OF JUSTICE**
United States Parole Commission

5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201
Telephone: (301)492-5821
Facsimile: (301)492-5525

July 2, 2004

### OFFICIAL LETTER OF REPRIMAND

Maurice Taylor
Reg. No. 12280-007
DCDC No. 191-971
c/o LaSonia Rivers
Community Supervision Officer
General Supervision Unit XII
CSOSA
25 K Street, N.E.
Washington, D.C. 20001

Dear Mr. Taylor:

The purpose of this letter is to inform you that the U.S. Parole Commission has received information concerning your non-compliance with the conditions of your parole. The Commission has been informed that you are in violation of these conditions, specifically:

1. Use of Dangerous and Habit Forming Drugs

Violation of the conditions of release may result in the issuance of a warrant for your arrest. Your disregard of the rules and regulations set forth on your release certificate and by your Community Supervision Officer will be not tolerated.

You are officially notified that continued disrespect and non-compliance with your conditions of release may result in your arrest and return to custody. Your Community Supervision Officer has received a copy of this letter and will inform us immediately should any further violations occur.

Sincerely,

Deirdre Jackson
Case Analyst

DMJ/KDJ

Queued: 07-07-2004 12:44:49 USPO-General Supervision Unit XII |