# EXHIBIT M

US PAROLE
AUG - 1 2005
COMMISSION

**Court Services and Offender Supervision Agency
for the District of Columbia**
*Community Supervision Services
General Supervision Branch*

## REPORT OF ALLEGED VIOLATION(S)

July 29, 2005

| | | | |
|---|---|---|---|
| TO: | United States Parole Commission | | |
| FROM: | LaSonia Rivers | Unit: | GSU Team 41 |
| | Community Supervision Officer | Telephone: | (202) 442-1269 |
| | | | |
| Client: | Maurice Taylor | REG#: | 12280-007 |
| | | | |
| DCDC #: | 191-971 | PDID #: | 191-971 |

Action Recommended: Warrant

### Sentencing Information:
The offender was convicted of Armed Robbery on 3/18/96. He was sentenced to 15 to 45 years in jail
The offender was paroled on 9/23/03 with an expiration date of 7/11/34.

### Violations:

**Allegation#1 Illegally Used A Controlled Dangerous Substance**
Mr. Taylor tested positive on 6/10/04, 6/14/04, 6/17/04, 6/21/04, 6/24/04, 6/28/04, 7/1/04, 7/13/04, 7/15/04, 7/22/04, 7/27/04, 8/3/04, 8/5/04, 8/10/04, 8/12/04, 8/19/04, 9/2/04, 9/22/04, 10/01/04, 10/6/04, 10/13/04, 10/18/04, 10/20/04, 10/25/04, 10/27/04, 11/3/04, 11/10/04, 11/17/04, 11/24/04, 12/1/04 and 7/26/05 in violation of parole condition #9 as evidenced by drug testing report

**Allegation #2 Failed to Report For Narcotics Surveillance**
Mr. Taylor failed to report for drug testing on 7/20/04, 7/29/04, 8/17/04, 8/26/04, 8/31/04, 9/7/04, 9/27/04, 9/29/04, 10/04/04, 11/1/04, 11/15/04 and 11/29/04, in violation of the specials condition of parole as evidenced by the drug testing report

**Allegation #3 Failed to Report for Supervision,**
Mr. Taylor failed to report as instructed on 7/6/05, 7/15/05 and 7/26/05 in violation of parole condition #14 as evidence by supervision report and running record.

11/29/05 16:42 FAX 301 492 5563   Case 1:05-cv-01887-RWR   Document 9-14   Filed 12/02/2005   Page 3 of 3   US PAROLE COMMISSION 036

Court Services and Offender Supervision Agency                                                              Page 2

Allegation #4 <u>Failed to cooperated fully with those responsible for your supervision.</u>
Mr. Taylor absconded from treatment on 5/24/05, in violation of the special conditions of parole as evidenced by the discharge summary.

Allegation #5 <u>Failed to submit to sanctions imposed by your Supervision Officer.</u>
Mr. Taylor failed to comply with the graduated sanction imposed on 7/13/05 in violation of condition #15 as evidence by supervision report

### Case Summary

On 6/27/05, I received notice that the offender absconded from treatment on 5/24/05. The offender was transferred on 5/5/05 to the Federal City Recovery Service for 90 days transitional housing after completing 120 days at the Phoenix House drug treatment program. Before the offender entered the Phoenix House he completed 27 days at the Assessment Orientation Center. On 6/28/05, I spoke with the offender's girlfriend who stated the offender was not home. I asked the girlfriend to have the offender contact his Parole officer. Also on 6/28/05 I sent notice by certified and regular mail for the offender to report on 7/6/05. He failed to contact or report. The offender reported for supervision on 7/12/05, after being in the community since 5/24/05. Also on 7/12/05, I was instructed by my Supervisor to sanction the offender and monitor him closely. The offender was placed on daily reporting for 5 days. The offender reported as instructed on 7/13/05 and 7/14/05. On 7/14/05, the offender was instructed to report on 7/15/05. He failed to report. On 7/21/05, I met with the offender in the field and instructed him to report for an office visit on 7/26/05. He failed to report.

The offender has a history of drug use, which started in April of 2004. However, it appears that after being sanctioned to increased drug testing, letter of reprimand, sanction groups, increased supervision, supervisor conferences and completing more than seven months of treatment the offender has reverted back to the use of drugs. The offender tested positive on 7/26/05 for cocaine.

### Recommendation

This writer is requesting warrant be issued

Respectfully Submitted,

Signature: _____                                          7-29-05
           LaSonia Rivers                                                    Date
           Community Supervision Officer
Approved By:
Signature: _____                                          7-29-05
      For  Maurice C. Jones                                                  Date
           Supervisory Community Supervision Officer