# EXHIBIT O




## D.C. PROBABLE CAUSE HEARING DIGEST

Name ..........................: **Taylor, Maurice**          Date Warrant Executed.: 8/31/05

Reg. No. .....................: **12280-007**               Hearing Date ........: 9/2/05

Type of Release ............: **Parole**                    Examiner ..............: McLean

Full Term Date When Warrant Issued..: **July 11, 2034**    Supervision Officer: **LaSonia Rivers**

**Attorney at Probable Cause Hearing:**

[X] PDS    [ ] Other    [ ] None

Name_Jennifer Leaman_

Address_PDS / DC_    (for) Vincent Haskell

Phone_____

**Attorney Representing Subject at Revocation Hearing:**

[X] PDS    [ ] Other    [ ] Unknown

Name_Vincent Haskell_

Address_PDS / DC_

Phone_____

**I. Items Advised** *(Check that the subject has been advised of the following two rights):*

[X] Advised of Right to a Probable Cause Hearing   [X] Advised of Right to Attorney

**II. Reason For Not Conducting Probable Cause Hearing**
*{If Probable Cause Hearing not conducted, indicate the reason}:*

[ ] Postponed to Next Docket *(If so, provide reason for postponement and omit rest of form.)*

    [ ] At Request of Attorney/Prisoner    [ ] Prisoner Unavailable

    [ ] Other Reason:_____

[ ] Combined Probable Cause/Revocation Scheduled *(If so, skip to VI, Revocation Hearing.)*

---

**Taylor, Maurice**
Reg. No. 12280-007    DCDC No. 191-971    0

## III. Review of Charges:

Charge No. 1 - Use of Dangerous and Habit Forming Drugs

[ ] ADMITS        [X] DENIES

The Subject's Response: Request Chain Custody.

[X] **Probable Cause Found.** After considering the violation report dated 7-29-05, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 1. Additional reasons for probable cause finding:

[ ] **No Probable Cause Found**

Charge No. 2 - Failure to Submit to Drug Testing

[ ] ADMITS        [X] DENIES

The Subject's Response:

[X] **Probable Cause Found.** After considering the violation report dated 7-29-05, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 2. Additional reasons for probable cause finding:

Taylor, Maurice
Reg. No. 12280-007    DCDC No. 191-971

[ ] No Probable Cause Found

Charge No. 3 - Violation of Special Condition (Drug Aftercare).

[ ] ADMITS       [X] DENIES

The Subject's Response:

[X] **Probable Cause Found.** After considering the violation report dated 7-29-05, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 3. Additional reasons for probable cause finding:

[ ] No Probable Cause Found

Charge No. 4 - Failure to Comply with Graduated Sanctions.

[ ] ADMITS       [X] DENIES

The Subject's Response:

Taylor, Maurice
Reg. No. 12280-007    DCDC No. 191-971

[ ] **Probable Cause Found.** After considering the violation report dated 7-29-05, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 4. Additional reasons for probable cause finding:

[ ] **No Probable Cause Found**

Charge No. 5 - Failure to Report to Supervising Officer as Directed

[ ] ADMITS        [X] DENIES

The Subject's Response:

[X] **Probable Cause Found.** After considering the violation report dated 7-29-05, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 5. Additional reasons for probable cause finding:

[ ] **No Probable Cause Found**

Taylor, Maurice
Reg. No. 12280-007    DCDC No. 191-971

## IV. Additional Charges:

_____
_____
_____
_____
_____

## V. Outcome of Probable Cause Hearing:

[X] **Probable Cause Found** on one or more charges, **Hold in Custody** pending revocation hearing.

[ ] **No Probable Cause Found** for any charge. **Discharge from Custody** immediately and

    [ ] **Reinstate** to Supervision  or  [ ] **Close Case** *[If expiration date has passed]*

[ ] **Probable Cause Found** on one or more charges. Recommend **Reinstate to Supervision** and

    [ ] **Summon** to revocation hearing or  [ ] **Terminate** revocation proceedings

Reason for Release/Summons:_____
_____

## VI. Principal Adverse Witnesses Identified by the Commission:

Note to Subject: This is the time to request the attendance of an adverse witness (including an adverse witness identified by the Commission or an examiner on this form). Your failure to make a request for the attendance of any adverse witness is a waiver of your opportunity to confront and cross-examine that witness at a revocation hearing.

Supervision Officer
Name: LaSonia Rivers
Status: _X_ Approved        ____ Not Approved        ____ Pending Further Review

## VII. Adverse Witnesses Requested by Subject:

Name:_____
Address:_____
Phone No._____

Taylor, Maurice
Reg. No. 12280-007    DCDC No. 191-971

Status: [ ] Denied at PC Hearing   [ ] Approved at PC Hearing   [ ] Pending Further Review

Reason for Denial:_____

_____

_____

Name:_____

Address:_____

Phone No._____

Status: [ ] Denied at PC Hearing   [ ] Approved at PC Hearing   [ ] Pending Further Review

Reason for Denial:_____

_____

_____

Name:_____

Address:_____

Phone No._____

Status: [ ] Denied at PC Hearing   [ ] Approved at PC Hearing   [ ] Pending Further Review

Reason for Denial:_____

_____

_____

## VIII. Adverse Witnesses Identified by Examiner But Not Requested by Subject:

Name:_____

Address:_____

Phone No._____

Reason for Denial:_____

_____

_____

Name:_____

Address:_____

Phone No._____

Reason for Denial:_____

Taylor, Maurice
Reg. No. 12280-007   DCDC No. 191-971

IX. **Revocation Hearing:**

[X] Local Revocation **or**     [ ] Combined Probable Cause/Local Revocation on:
Location: [X] CTF  [ ] DC Jail   Date: 11/3/05     Time: [ ] am  [X] pm
[ ] Other at _____

[ ] Recommend institutional revocation hearing upon transfer to a federal institution.

Note: A continuance must be requested in writing. You may submit your requests via e-mail. E-Mail Address: continue.hearing@usdoj.gov

**May Qualify for an Expedited Offer:**   [ ] No   [X] Yes  (If yes, please have releasee sign below)

If the Commission approves a proposal of expedited revocation, I waive the 20-day waiting period for the submission of comments.    [ ] No   [X] Yes

_____     9/2/05
Attorney/Prisoner                     Date

*Additional Text:* Subject request release to go back to work. — Denied by examiner — Expedited Rev. Offer Requested

_____     9/2/05
Examiner (A. McLean)                  Date

**Disclosure Documents:** Warrant dated 8-8-05, Warrant Application dated 8-8-05, Supplemental Warrant Application dated (only if applicable), Violation Report dated 7-29-05 with attachments, Parole Certificate dated 9-26-03, Pre-Sentence Report

I acknowledge having received the above disclosure documents and a copy of this document.

_____     9/2/05
Attorney/Prisoner                     Date

Taylor, Maurice
Reg. No. 12280-007     DCDC No. 191-971

# PUBLIC DEFENDER SERVICE
## FOR THE DISTRICT OF COLUMBIA

BOARD OF TRUSTEES

CYNTHIA D. ROBBINS
  CHAIRPERSON
JO-ANN WALLACE
  VICE CHAIRPERSON
THOMAS L. BOWEN
EMILIO W. CIVIDANES
CLAIRE M. JOHNSON
HANNAH JOPLING
KARL A. RACINE
JEFFREY D. ROBINSON
DONALD R. VEREEN, JR.
ROBERT L. WILKINS

633 INDIANA AVENUE. N.W.
WASHINGTON, D.C. 20004

(202) 628-1200
(800) 341-2582
TTY (202) 824-2531
FAX (202) 824-2791

www.pdsdc.org

AVIS E. BUCHANAN
DIRECTOR

PETER KRAUTHAMER
DEPUTY DIRECTOR

## Probable Cause Hearing
## Request for Release Notwithstanding Finding of Probable Cause

Date: 9/2/05

§ 2.211-01 of the U.S. Parole Commission's Rules and Procedures manual states a preference for release of a parolee to a Community Corrections Center (CCC) as opposed to incarceration pending a final revocation hearing when the charges against a parolee are merely technical violations.

Maurice Taylor   DCDC # 191 971, is charged with only technical violations and requests release to a summons or at least release to a CCC because of § 2.211-01, because no other reason has been identified at the probable cause hearing to overcome the preference of § 2.211-01, and because of the following additional information:

Desire to return to work

Respectfully submitted,

Staff Attorney – Public Defender Service

AN EQUAL OPPORTUNITY EMPLOYER