# EXHIBIT P



**U.S. DEPARTMENT OF JUSTICE**
United States Parole Commission

*5550 Friendship Boulevard*
*Chevy Chase, Maryland 20815-7201*
*Telephone: (301) 492-5821*
*Facsimile :(301) 492-5525*

Date: October 21, 2005

Mr. Vincent Haskell
Staff Attorney
District of Columbia
Special Proceedings Division
633 Indiana Avenue, N.W.
Washington, D.C. 20004

Re:   **TAYLOR, MAURICE**
      **Reg. No: 12280-007**
      **DCDC No: 191-971**

Dear Mr. Haskell,

I have enclosed an expedited revocation proposal for the above-named releasee. This expedited revocation procedure allows the releasee to waive an in-person revocation hearing, accept responsibility for the violation behavior, and be provided a decision on the record. If the releasee accepts, the Commission will promptly issue a Notice of Action and arrange for the releasee to be transferred to a designated facility for service of the violation term. If the releasee declines, the Commission will arrange an in-person hearing under regular procedures.

Please review the attached proposal with the releasee and then fax the signed Response to Expedited Revocation Proposal to my attention at **(301) 492-5908**.

Note: The signed Response to Expedited Revocation Proposal must be received by the Commission **within 14 days of the date of this letter** for the Commission to accept the releasee's application for an expedited revocation determination. If the Response to Expedited Revocation Proposal is not received within 14 days, the releasee will have an in-person hearing, and the proposed decision will not be binding on the Commission.

If you have any further questions, please call me at (301) 492-5821, ext. 171

Sincerely,

*Lori Gobble*
Lori Gobble,
Case Operations Assistant

Enclosure

Expedited Revocation Proposal TAYLOR MAURICE 12280-007



# Expedited Revocation Proposal

| Name: TAYLOR, MAURICE | Reg. No: 12280-007 | DCDC No: 191-971 |
|---|---|---|

I. The Parole Commission has found that you have violated the conditions of your release.

II. The Commission has found probable cause on the following charges:

Charge No. 1 - Use of Dangerous and Habit Forming Drugs

Charge No. 2 - Failure to Submit to Drug Testing

Charge No. 3 - Violation of Special Condition (Drug Aftercare).

Charge No. 4 - Failure to Comply with Graduated Sanctions.

Charge No. 5 - Failure to Report to Supervising Officer as Directed

III.         SALIENT FACTOR SCORE (SFS-98)

    Items        Rules, Scores and Explanations

SFS Item A    Rule: Prior convictions/adjudications (adult or juvenile)
None = 3; One = 2; Two or three = 1; Four or more = 0

Score: SFS Item A = 0

Explanation: Subject has 5 prior convictions/adjudication

| Date | Offense | Disposition |
|---|---|---|
| 06/29/1978 | Possession of Marijuana (M 05719-78) | 365 days work release with 185 days suspended and 1 year probation on 9/5/79 (1-1) |
| 12/13/1982 | Distribution of Heroin (M 15587-82) | 180 days work release (2-2) |
| 01/07/1983 | Burglary (F 00160-83) | 4 to 12 years on 3/26/85 (3-3) |
| 12/16/1983 | Possession of Dilaudid and Prison Breach (F 03214-84) | 1 to 3 years on 3/26/85 (4-3) |
| 07/11/1989 | Armed Robbery (F 8099-89) | 45 years on 3/13/90 (5-4); Paroled on 9/26/03. |




**SFS Item B**    **Rule:**    <u>Prior commitments of more than thirty days (adult or juvenile)</u>
None = 2; One or two = 1; Three or more = 0

**Score:**    SFS Item B = 0

**Explanation:** Subject has 4 commitments of more than 30 days that were imposed prior to the last overt act of the current offense.


**SFS Item C**    **Rule:**    <u>Age at current offense/prior commitments</u>

| | | |
|---|---|---|
| (26 years or more) | +3 or less prior commitments | = 3 |
| | (+4 prior commitments) | = 2 |
| | +5 or more commitments | = 1 |
| 22-25 years | +3 or less prior commitments | = 2 |
| | +4 prior commitments | = 1 |
| | +5 or more commitments | = 0 |
| 20-21 years | +3 or less prior commitments | = 1 |
| | +4 prior commitments | = 0 |
| 19 years or less | +any number prior commitments | = 0 |

**Score:**    SFS Item C = 2

**Explanation:** Subject was 45 years old at the commencement of the current offense and had 4 prior commitments.


**SFS Item D**    **Rule:**    <u>Recent Commitment Free Period *(Three Years)*</u>
No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1;   Otherwise = 0

**Score:**    SFS Item D = 0

**Explanation:** 04/21/2004 - Date of Current Offense.
09/26/2003 - Release to the Community from last commitment


**SFS Item E**    **Rule:**    <u>Probation/Parole/Supervised Release/Confinement/Escape Status Violator</u>
Neither on probation, parole, confinement, or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0

**Score:**    SFS Item E = 0

**Explanation:** Subject is a parole status violator.


Expedited Revocation Proposal TAYLOR MAURICE 12280-007

SFS Item F    Rule:    Older Offenders
If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0

Score:    SFS Item F = 1

Explanation:    Sum of Items A-E = 2  and the offender was 45 years old at the commencement of the current offense.

TOTAL SALIENT FACTOR SCORE = 3

IV.    **Guidelines**
Your violation behavior has been rated Category One severity because it involved Administrative offenses. Your salient factor score is 3. You have been in DC confinement as a result of your behavior for a total of 2 month(s) as of 10/30/2005. Guidelines established by Commission indicate a range of 12 - 16 months to be served.

V.    **Expedited Revocation Proposal**
Your violation behavior makes you eligible to apply for the following expedited procedure. You may, waive your right to revocation hearing, accept responsibility for your conduct, and consent to revocation on the record. If you do so, the Commission will take the action indicated on the attached Response To Expedited Revocation Proposal.

For the Commission to approve your application for this revocation procedure, the U.S. Parole Commission must receive the completed form within 14 days of the date noted on the cover letter. If the completed form is not received within 14 days, a revocation hearing will be held and the proposed action will not be binding on the Commission.

You are under no obligation to apply for the expedited revocation procedure. If you do not wish to waive your right to a revocation hearing and accept the proposed action, please indicate, on the Response To Expedited Revocation Proposal., that you decline the proposal. You will be given a revocation hearing under normal procedures. After your revocation hearing, the Commission, on the basis of the information available, may take any action authorized by its regulations. Thus, the action taken by the Commission may be the same, more favorable, or less favorable than the proposed action. The Commission will not take into account the fact that you chose to have a revocation hearing rather than accept the proposed decision.

Expedited Revocation Proposal TAYLOR MAURICE 12280-007

 

## Response To Expedited Revocation Proposal

| Name: TAYLOR, MAURICE | Reg No: 12280-007 | DCDC No: 191-971 |

### PROPOSED DECISION

Revoke Parole; None of the time spent on Parole shall be credited. Continue to Presumptive Parole on 08/30/2006 after the service of 12 months.

In addition, you shall be subject to the Special Drug Aftercare Condition which requires that you participate as instructed by your Supervising Officer in a program (inpatient or outpatient) for the treatment of narcotic addiction or drug dependency. That program may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

After review of all relevant factors and information presented, a decision outside the guidelines at this consideration is not warranted.

☒ I accept the above-proposed decision of the U.S. Parole Commission. By accepting this decision, I understand that I am accepting responsibility for my conduct, waiving my right to a revocation hearing, and waiving my right to appeal the decision.

☐ I decline the U.S. Parole Commission revocation proposal. I wish to have an in-person revocation hearing.

☐ I wish to request a 14-day extension to consider this proposal.

_Maurice Taylor_  11-3-05
Signature                Date

_U Haskell_  11/3/05
Witness                  Date

Expedited Revocation Proposal TAYLOR MAURICE 12280-007