UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| MAURICE D. TAYLOR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1887 (RWR) |
| | ) | |
| U.S. PAROLE COMMISSION *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

_____

ORDER TO SHOW CAUSE

On July 19, 2006, petitioner moved for a ruling on his application for a writ of *habeas corpus* "before this case become[s] moot." Motion at 1. He suggested that the case would become moot upon his release from prison on his presumptive release date. According to the Bureau of Prisons' inmate locator service, petitioner was released from custody on his presumptive release date of August 30, 2006. Moreover, petitioner's address of record is a Washington, D.C. residence. Accordingly, it is

ORDERED that within **twenty (20) days** from the filing date of this Order, petitioner shall show cause in writing why this case should not be dismissed as moot. Petitioner's failure to respond within the time provided will result in summary dismissal of the case as moot. It is further

ORDERED that all pending motions [Dkt. Nos. 3, 10, 11] are DENIED.


_____/s/_____
RICHARD W. ROBERTS
DATE: September 13, 2006          United States District Judge