UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| MAURICE D. TAYLOR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-1887 (RWR) |
| ) | |
| U.S. PAROLE COMMISSION *et al.*, ) | |
| ) | |
| Respondents. ) | |

## ORDER

Petitioner has not shown cause why this case seeking a writ of *habeas corpus* should not be dismissed as moot in light of his release from custody. *See* Order (Sept. 13, 2006). Accordingly, it is

ORDERED that the case be, and hereby is, DISMISSED as moot.

                                                                 /s/
                                        RICHARD W. ROBERTS
DATE: November 3, 2006            United States District Judge